# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES SERRANO,<br><br>    Plaintiff,<br><br>v.<br><br>INFINITY INSURANCE COMPANY,<br><br>    Defendant. | Case No. 8:11-cv-00899-CJC(RNBx)<br><br>Judge Cormac J. Carney<br><br>**ORDER RE STIPULATION RE DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint Filed:     June 15, 2011 |

**ORDER**

Pursuant to the stipulation by the parties, it is hereby ORDERED that this action is dismissed without prejudice.

Dated: August 30, 2012

_____
UNITED STATES DISTRICT JUDGE

101977228.1